JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RETZ,<br><br>       Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>       Defendants. | Case No.: 2:24-cv-06299 CV (MAAx)<br><br>**ORDER GRANTING THE STIPULATION TO DISMISSAL** |

On November 17, 2025, the Parties filed a Stipulation to Dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1.     This action is hereby DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:   12/16/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE